**EXHIBIT 1:** SCREENGRAB OF VIDEO #1



**EXHIBIT 1:** SCREENGRAB OF VIDEO #2

