**EXHIBIT 2:** INFRINGEMENT #1
URL: https://www.instagram.com/reel/C8MSCzsuAYm/





**EXHIBIT 2:** INFRINGEMENT #2
URL: https://www.instagram.com/reel/C8MSCzsuAYm/

