UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEAR ME HOME BUILDERS INC.,<br><br>Defendant. | Case No: 1:25-cv-40045-PBS |

## REQUEST FOR ENTRY OF CLERK'S DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), plaintiff Global Weather Productions LLC ("*Plaintiff*"), by and through its undersigned counsel, hereby moves this Honorable Court for an entry of default against defendant Near Me Home Builders Inc. ("*Defendant*") for failing to plead or otherwise defense this action as required by law. Filed concurrently herewith is the Declaration of Craig Sanders in Support of Plaintiff's Request for Entry of Clerk's Default.

Dated: August 5, 2025

**SANDERS LAW GROUP**

By: */s/ Craig Sanders*
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 131464
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Craig Sanders, hereby certify that I caused the foregoing document to be served via U.S. Mail on the 8th day of August, 2025, upon Defendant at the following address(es):

Near Me Home Builders, Inc.
18 Park Street, Apt. 2
Hudson, MA 01749

                                            */s/ Craig Sanders*
                                            Craig Sanders, Esq.

SLG SANDERS LAW GROUP