UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Global Weather Productions LLC,  )<br>  )<br>    Plaintiff,  )<br>v.  )<br>  )<br>Near Me Home Builders Inc.,  )<br>    Defendant.  ) | CIVIL ACTION<br>NO. 25-40045-PBS |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Global Weather Productions LLC, for an order of Default for failure of the Defendant, Near Me Home Builders Inc., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the said Defendant have been defaulted this 18th day of August 2025.

ROBERT M. FARRELL,
CLERK OF COURT


/ s / Clarilde Karasek
By:  Deputy Clerk



NOTICE MAILED TO:   Near Me Home Builders Inc., 18 Park Street, Apt. 2, Hudson, MA  01749