UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEAR ME HOME BUILDERS INC.,<br><br>Defendant. | Case No: 1:25-cv-40045-PBS |

### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, plaintiff Global Weather Productions LLC ("*Plaintiff*"), by and through the undersigned counsel, hereby moves this Honorable Court for a default judgment to be entered against the defendant Near Me Home Builders Inc. ("*Defendant*"). In support of this motion, Plaintiff relies on the accompanying Memorandum of Law and declaration of the undersigned counsel, which are filed contemporaneously herewith. A proposed order is filed herewith.

Dated: October 17, 2025

SANDERS LAW GROUP

By:   */s/ Craig Sanders*
Craig Sanders, Esq.
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
File No.: 131464
*Attorneys for Plaintiff*