UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEAR ME HOME BUILDERS INC.,<br><br>Defendant. | Case No: 1:25-cv-40045-PBS |

**[PROPOSED] DEFAULT JUDGMENT**

**WHEREAS,** this matter came before the Court on plaintiff Global Weather Productions LLC's ("*Plaintiff*") application for entry of a default judgment against defendant Near Me Home Builders Inc. ("*Defendant*") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

**WHEREAS**, Plaintiff filed its application for entry of default judgment seeking a total of $30,000.00 in statutory damages for copyright infringement ($15,000.00 per infringement), $3,535.00 in attorneys' fees, and $480.00 in costs plus interest.

**WHEREAS**, Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a hearing for Plaintiff's application on _____, and Defendant failed to appear.

**THEREFORE, IT IS ADJUDGED AND ORDERED** that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed.R.Civ.P. 55(b)(2); it is

**FURTHER ORDERED** that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered works; it is

**FURTHER ORDERED** that Defendant shall pay $30,000.00 in statutory damages under 17 U.S.C. § 504(c); it is

**FURTHER ORDERED** that Defendant shall pay $3,535.00 in attorneys' fees and $480.00 costs pursuant to 17 U.S.C. § 505; it is

**FURTHER ORDERED**, that Defendant shall post-judgment interest under 28 U.S.C.A. § 1961; it is

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

**FURTHER ORDERED** that this case is dismissed and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. See FED. R. APP. P. 4(a).

Dated: _____                                **SO ORDERED.**


                                                                                    _____
                                                                                    PATTI B. SARIS (U.S.D.J.)