UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEAR ME HOME BUILDERS INC.,<br><br>Defendant. | Case No: 1:25-cv-40045-PBS |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025, I caused to be served via USPS First-Class mail and electronic delivery a copy of Plaintiff's Motion for Default Judgement, Declaration of Craig B. Sanders, Memorandum of Law in Support of Plaintiff's Application for Default Judgement, Exhibits 1-5, and Proposed Default Judgement on Defendant at the following addresses:

Near Me Home Builders, Inc.
18 Park Street, Apt. 2
Hudson, MA 01749

Email: nearmehomebuilders10@gmail.com
         homebuilders1974@gmail.com

                                                      By: */s/ Kiana Beach*
                                                      Kiana Beach